IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CSB, L.L.C. III,
DMI CORPORATION,
and
UNIVERSITY DEVELOPMENT, INC.,

    Plaintiffs,

v.                                                Civil Action No. 2:16cv 105

MIDDLESEX MUTUAL ASSURANCE
COMPANY,

    Defendant.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for **DMI CORPORATION** in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owner or members of non-publicly traded entities such as LLCs or other closely held entities:

                              Sterling M. Nichols
                              Dorothy P. Nichols
                              Larry R. McCardle
                              Emily P. McCardle

<u>March 3, 2016</u>                           DMI CORPORATION

                                           By: _____
                                           W. Edgar Spivey (VSB No. 29125)
                                           Lauren Tallent Rogers (VSB No. 82711)
                                           KAUFMAN & CANOLES, P. C.
                                           150 West Main Street, Suite 2100
                                           Norfolk, VA 23510
                                           (757) 624-3000
                                           (888) 360-9092 Facsimile
                                           Email: <u>wespivey@kaufcan.com</u>
                                           Email: <u>ltrogers@kaufcan.com</u>
                                           *Counsel for Plaintiff DMI Corporation*

14621309v1